■ NATIONAL RISK MANAGERS, LTD., et al., Appellants, v EMPLOYERS REINSURANCE CORPORATION, Respondent. [639 NYS2d 703] —Appeal by the plaintiffs from an order of the Supreme Court, Nassau County (Yachnin, J.), entered November 1, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Yachnin at the Supreme Court. Bracken, J. P., Miller, Joy, Hart and Krausman, JJ., concur.